IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH E. MORRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv360-MHT |
| | ) | (WO) |
| KARLA W. JONES, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

OPINION AND ORDER

Petitioner submitted a missing page (doc. no. 29) of his objection to the recommendation. Having considered the missing page in conjunction with his original objection, the court's decision is unchanged.

Accordingly, it is ORDERED that the opinion and judgment entered previously (doc. nos. 27 & 28) remain in effect.

DONE, this the 20th day of June, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**